United States Courts
Southern District of Texas
FILED

JAN 19 2017

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 17 CR 037 |
| DERWIN JEROME BLACKSHEAR and TERRANJALA WILDER SMITH a/k/a "Denise" | § § § § | |

CRIMINAL INDICTMENT

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

The Grand Jury Charges That:

## INTRODUCTION

During calendar years 2012 through 2015, Derwin Jerome Blackshear and Terranjala Wilder Smith, doing business in Houston, Texas as Level 1 Tax Services, aided and assisted in the preparation of dozens of materially false client tax returns by reporting false wages and withholding taxes for clients on their 2011 through 2014 U.S. Individual Income Tax Returns – Forms 1040 and then claiming fraudulent refunds of the falsely reported withholding taxes totaling more than $250,000. Derwin Jerome Blackshear and Terranjala Wilder Smith received a portion of these fraudulent refunds as fees for preparing and filing the fraudulent tax returns.

### COUNTS ONE THROUGH TWENTY-FIVE
[Aiding and Assisting in the Preparation of False Tax Returns]
[26 U.S.C. § 7206(2) and 18 U.S.C. § 2]

On or about the dates specified below, in the Houston Division of the Southern District of Texas,

DERWIN JEROME BLACKSHEAR
and
TERRANJALA WILDER SMITH a/k/a "Denise"

defendants herein, aiding and abetting one another and others known and unknown to the Grand

Jury, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, an agency of the United States Treasury Department, of U.S. Individual Income Tax Returns, Forms 1040, either individual or joint, for the taxpayers and tax years hereinafter specified, which were false and fraudulent as to material matters, in that they represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to report income and claim losses, expenses, deductions, credits, payments and refunds in the approximate amounts hereinafter specified, whereas, as the defendant then and there well knew and believed, the taxpayers were not entitled to report such income and claim such losses, expenses, deductions, credits, payments and refunds in the approximate amounts hereinafter specified, but in greater or lesser amounts:

| Count | Date of Offense | Taxpayer(s) Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 1 | 02/25/13 | K Boulds | 2012 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 18,056 |
| | | | | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 2,276 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 1,443 |
| 2 | 02/14/14 | K Boulds | 2013 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 12,752 |
| | | | | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 1,670 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 1,514 |

| Count | Date of Offense | Taxpayer(s) Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 3 | 03/25/15 | K Boulds | 2014 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 17,428 |
|   |   |   |   | Form 1040, Line 64, Federal income tax withheld from Forms W-2 and 1099 | $ 1,393 |
|   |   |   |   | Form 1040, Line 76a, Amount to be refunded | $ 1,298 |
| 4 | 01/22/12 | J Broussard | 2011 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 11,213 |
|   |   |   |   | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 2,246 |
|   |   |   |   | Form 1040, Line 74a, Amount to be refunded | $ 2,075 |
| 5 | 03/10/13 | J Broussard | 2012 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 12,312 |
|   |   |   |   | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 1,412 |
|   |   |   |   | Form 1040, Line 74a, Amount to be refunded | $ 1,156 |

| Count | Date of Offense | Taxpayer(s) Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 6 | 02/13/12 | L Campbell | 2011 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 8,617 |
|   |   |   |   | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 1,453 |
|   |   |   |   | Form 1040, Line 74a, Amount to be refunded | $ 1,838 |
| 7 | 01/27/13 | L Campbell | 2012 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 13,920 |
|   |   |   |   | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 2,298 |
|   |   |   |   | Form 1040, Line 74a, Amount to be refunded | $ 1,884 |
| 8 | 02/01/14 | L Campbell | 2013 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 13,054 |
|   |   |   |   | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 1,847 |
|   |   |   |   | Form 1040, Line 74a, Amount to be refunded | $ 1,636 |

| Count | Date of Offense | Taxpayer(s) Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 9 | 03/20/15 | L Campbell | 2014 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 14,055 |
| | | | | Form 1040, Line 18, Farm income or (loss) | ($ 4,379) |
| | | | | Form 1040, Line 26, Moving expenses | ($ 2,544) |
| | | | | Form 1040, Line 64, Federal income tax withheld from Forms W-2 and 1099 | $ 1,269 |
| | | | | Form 1040, Line 76a, Amount to be refunded | $ 1,550 |
| 10 | 02/07/12 | L Gage | 2011 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 10,126 |
| | | | | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 2,548 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 2,484 |
| 11 | 03/19/13 | L Gage | 2012 | Form 1040, Line 12, Business income or (loss) | $ 9,794 |
| | | | | Form 1040, Line 64a, Earned income credit (EIC) | $ 3,154 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 3,571 |

| Count | Date of Offense | Taxpayer(s) Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 12 | 01/29/14 | L Gage | 2013 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 12,500 |
| | | | | Form 1040, Line 64a, Earned income credit (EIC) | $ 3,250 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 4,250 |
| 13 | 02/16/12 | M Glover | 2011 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 12,024 |
| | | | | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 2,255 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 2,129 |
| 14 | 02/28/13 | M Glover | 2012 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 11,706 |
| | | | | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 1,756 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 1,733 |

6

| Count | Date of Offense | Taxpayer(s) Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 15 | 02/13/12 | M Hood | 2011 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 9,633 |
| | | | | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 1,777 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 2,072 |
| 16 | 01/27/13 | M Hood | 2012 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 21,734 |
| | | | | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 3,260 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 1,899 |
| 17 | 03/11/14 | M Hood | 2013 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 19,853 |
| | | | | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 1,811 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 1,585 |

| Count | Date of Offense | Taxpayer(s) Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 18 | 02/08/13 | V Jackson | 2012 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 13,539 |
|  |  |  |  | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 1,594 |
|  |  |  |  | Form 1040, Line 74a, Amount to be refunded | $ 1,251 |
| 19 | 02/03/14 | V Jackson | 2013 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 17,626 |
|  |  |  |  | Form 1040, Line 64a, Earned income credit (EIC) | $ 5,813 |
|  |  |  |  | Form 1040, Line 74a, Amount to be refunded | $ 8,399 |
| 20 | 02/04/15 | V Jackson | 2014 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 18,586 |
|  |  |  |  | Form 1040, Line 66a, Earned income credit (EIC) | $ 5,849 |
|  |  |  |  | Form 1040, Line 76a, Amount to be refunded | $ 8,640 |
| 21 | 02/15/12 | S Singleton | 2011 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 8,113 |
|  |  |  |  | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 1,583 |
|  |  |  |  | Form 1040, Line 74a, Amount to be refunded | $ 2,006 |

| Count | Date of Offense | Taxpayer(s) Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 22 | 01/28/13 | S Singleton | 2012 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 18,394 |
| | | | | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 2,759 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 1,896 |
| 23 | 02/17/14 | C Smith | 2013 | Form 1040, Line 7, Wages, salaries, tips, etc. | $ 27,350 |
| | | | | Form 1040, Line 40, Itemized Deductions | $ 24,143 |
| | | | | Form 1040, Line 62, Federal income tax withheld from Forms W-2 and 1099 | $ 2,287 |
| | | | | Form 1040, Line 74a, Amount to be refunded | $ 4,964 |
| 24 | 04/15/15 | C Smith | 2014 | Form 1040, Line 12, Business income or (loss) | ($ 10,770) |
| | | | | Form 1040, Line 66a, Earned income credit (EIC) | $ 3,082 |
| | | | | Form 1040, Line 76a, Amount to be refunded | $ 5,181 |

9

| Count | Date of Offense | Taxpayer(s) Name(s) | Tax Year | False Item(s) | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 25 | 03/27/15 | A Pinero | 2014 | Form 1040, Line 26, Moving expenses | $ 5,309 |
|   |   |   |   | Form 1040, Line 76a, Amount to be refunded | $ 772 |

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

Original signature on File

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
Jimmy Sledge Jr.
Assistant United States Attorney